# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**WALTER M. SIMPSON, JR.**                                **PLAINTIFF**

**v.**                  **CASE NO. 2:25-CV-00208-BSM**

**AVETTA, LLC**                                              **DEFENDANT**

## **JUDGMENT**

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 20th day of January, 2026.

                                                                          _/s/ Brian S. Miller_
                                                                  UNITED STATES DISTRICT JUDGE